# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3134

_____

United States of America

*Plaintiff - Appellee*

v.

Shawn Lee

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: May 24, 2017
Filed: June 5, 2017
[Unpublished]

_____

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Shawn Lee directly appeals the sentence the district court[1] imposed after he pled guilty to possessing a prohibited object in prison, in violation of 18 U.S.C.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.

§ 1791(a)(2) and (d)(1)(B). His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Lee's sentence is unreasonable.

After careful review, we conclude that the district court did not impose an unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing appellate review of sentences; if sentence is within Guidelines range, appellate court may apply, but is not required to apply, presumption of reasonableness). Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____